# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

Lori Wright, as Next Friend and
Parent of Destin Wright, Deceased,

    Plaintiff,

v.

JOHNNY MOATS, Individually and in his Official Capacity as Polk County Sheriff,; J. KELLY MCLENDON, Individually and in his Official Capacity as Polk County Sheriff; POLK COUNTY, GEORGIA; SOUTHERN HEALTH PARTNERS, INC.; K. HEATH, LPN; SHANNON TURNER, LPN; J. THOMAS, LPN; and BETTY FOWLER, LPN, in their Individual Capacities; JOHN DOES I, II, and JANE DOES I, II, and III, in their Individual Capacities,

    Defendants.

Civil Action
File No. 4:15-cv-59-HLM

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify that on August 8, 2016, I served upon all parties of record, via United States Postal Service, first class postage prepaid, copies of:

1.      Defendant Betty Fowler, LPN's Responses and Objections to Plaintiff Teddy E. Wright's First Interrogatories;

2.      Defendant Betty Fowler, LPN's Responses and Objections to Plaintiff Teddy E. Wright's First Request for Production of Documents;

3.      Defendant Jayne Thomas' Responses and Objections to Plaintiff Teddy E. Wright's First Interrogatories;

4.      Defendant Jayne Thomas' Responses and Objections to Plaintiff Teddy E. Wright's First Request for Production of Documents;

5.      Defendant Shannon Turner, LPN's Responses and Objections to Plaintiff Teddy E. Wright's First Interrogatories;

6.      Defendant Shannon Turner, LPN's Responses and Objections to Plaintiff Teddy E. Wright's First Request for Production of Documents;

7.      Defendant Southern Health Partners, Inc.'s Defendant Responses and Objections to Plaintiff Teddy E. Wright's First Interrogatories;

8.      Defendant Southern Health Partners, Inc.'s Responses and Objections to Plaintiff Teddy E. Wright's First Request for Production of Documents.

Respectfully submitted, this 8th day of August 2016.

                                              Schreeder, Wheeler & Flint, LLP

                                              */s/ Shira A. Crittendon*
                                              SHIRA A. CRITTENDON
                                              Georgia Bar No. 005425

                                              Attorney for Defendant
                                              Southern Health Partners, Inc.

1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  404-681-3450
Facsimile:   404-681-1046

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| G. Kevin Morris<br>Williams, Morris & Waymire, LLC<br>Bldg. 400, Suite A<br>4330 South Lee Street<br>Buford, Georgia 30518 | C. Victor Long<br>Natalie D. Gatson<br>Jennifer Neal-Jones<br>Attorneys at Law<br>P. O. Box 310928<br>Atlanta, GA 30331 |
| Robert K. Finnell<br>P.O. Box 63<br>Rome, GA 30162 | Rick Cromartie<br>H.L. Cromartie III, P.C.<br>401 Broad Street #300<br>Rome, GA 30161 |

This the 8th day of August, 2016.

*/s/ Shira A. Crittendon*
SHIRA A. CRITTENDON
Georgia Bar No. 005425

Attorney for Defendant
Southern Health Partners, Inc.