IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| LORI WRIGHT, and TEDDY E. WRIGHT, as Next Friends and Parents of Destin Wright, Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION FILE NO. |
| JOHNNY MOATS, Individually and in his Official Capacity as Polk County Sheriff, et al., | ) ) ) ) | 4:15-CV-59-HLM |
| Defendants. | ) ) ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF TEDDY WRIGHT

YOU ARE HEREBY NOTIFIED pursuant to Rule 30 of the Federal Rules of Civil Procedure, that on October 18, 2016 commencing at 10:00 a.m., at the law office of H.L. Cromartie, III, P.C., 401 Broad Street, Suite 300, Rome, GA 30162 before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of **PLAINTIFF TEDDY WRIGHT**, for discovery, cross-examination of a party deponent, and all other purposes allowed by law. The deposition will continue from day-to-day until examination is complete.

This 13th day of October, 2016.

                                        WILLIAMS, MORRIS & WAYMIRE, LLC

                                        /s/ G. Kevin Morris
                                        G. KEVIN MORRIS
                                        Georgia Bar No. 523895

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
kevin@wmwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the above and foregoing NOTICE OF DEPOSITION OF PLAINTIFF TEDDY WRIGHT on all parties by electronically filing with the Court, addressed as follows:

C. Victor Long
attjud@bellsouth.net

Natalie D. Gatson
ngatsonlaw@hotmail.com

Jennifer Neal-Jones
jnj@neal-joneshandricklaw.com

Hendrick L. Cromartie, III
rick@hlcromartielaw.com

Shira Adler Crittendon
scrittendon@swfllp.com

Robert K. Finnell
bob@finnellfirm.com

This 13TH day of October, 2016.

                                         WILLIAMS, MORRIS & WAYMIRE, LLC

                                         /s/ G. Kevin Morris
                                         G. KEVIN MORRIS
                                         Georgia Bar No. 523895