IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| LORI WRIGHT and TEDDY E. WRIGHT, as Next Friends and Parents of Destin Wright, Deceased | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CIVIL ACTION FILE NO.: 4:15-CV-00059-HLM |
| JOHNNY MOATS, Individually and in his Official Capacity as Polk County Sheriff; J. KELLY MCLENDON, Individually and in His Official Capacity as Polk County Sheriff; POLK COUNTY, GEORGIA; SOUTHERN HEALTH PARTNERS, INC.; K. HEATH, LPN; SHANNON TURNER, LPN; J. THOMAS, LPN; and BETTY FOWLER, LPN in their Individual Capacities; JOHN DOES I, II, and JANE DOES I, II, and III, in their Individual Capacities | * * * * * * * * * * * * * * * | |
| Defendants. | * | |

### PLAINTIFF TEDDY E. WRIGHT'S AMENDED NOTICE OF VIDEO DEPOSITION OF JOHNNY MOATS

To:  Johnny Moats
     c/o Gary Kevin Morris
     Williams, Morris & Waymire, LLC
     4330 South Lee Street, NE
     Building 400, Suite A
     Buford, GA 30518

You are hereby noticed that on **October 17, 2016,** beginning at **10:00 A.M.,** at Gammon, Anderson & McFall, 105 Prior Street, Cedartown, Georgia 30125, counsel for Plaintiff will proceed to take the video deposition of **JOHNNY MOATS,** upon oral examination for the purposes of discovery and all other purposes allowed under the law, pursuant to Federal Rules of Civil Procedure Rules 26 and 30. The video deposition will be taken before an officer duly authorized to administer oaths and to take depositions. The video deposition will be recorded stenographically. The oral examination will continue from day to day until its completion.

This 14th day of October, 2016.

/s/ Robert K. Finnell
Georgia State Bar No. 261575
The Finnell Firm
P.O. Box 63
Rome, Georgia 30162-0063
Phone: 706-235-7272 / Fax: 706-235-9461
Email: bob@finnellfirm.com
Attorney for Teddy E. Wright


/s/ H.L. Cromartie, III
Georgia State Bar No. 197190
H.L. Cromartie III, P.C.
P.O. Box 1897
Rome, Georgia 30162-1897
Phone: 706-802-0251 / Fax: 706-802-0252
Email: rick@hlcromartielaw.com
Attorney for Teddy E. Wright

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Defendant with a true and exact copy of the **PLAINTIFF TEDDY E. WRIGHT'S AMENDED NOTICE TO TAKE VIDEO DEPOSITION OF JOHNNY MOATS,** by filing same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Clarence Victor Long
Office of C. Victor Long
4995 Erin Road
Atlanta, GA 30331

Natalie Denese Gatson
Law Offices of Natalie Gatson
P.O. Box 310928
120 North McDonough Street
Atlanta, GA 30331

Shira Adler Crittendon
Schreeder Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4516

Jennifer Jenivene Neal-Jones
Neal Jones & Handrick Law, LLC
180 Camden Hill Road, Suite D
Lawrenceville, GA 30046

Gary Kevin Morris
Williams, Morris & Waymire, LLC
4330 South Lee Street, NE
Building 400, Suite A
Buford, GA 30518

This 14th day of October, 2016.

/s/ H.L. Cromartie, III
H.L. Cromartie, III
Georgia State Bar No: 197190
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing pleading was prepared using Times New Roman 14 point in accordance with LR 5.1(C).

                                    **H.L. CROMARTIE III, P.C.**

                                    /s/ H.L. Cromartie, III
                                    H.L. Cromartie, III
                                    Georgia State Bar No: 197190
                                    Attorney for Plaintiff